UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAVID SANDERS                                                                                         PLAINTIFF

V.                                               CIVIL ACTION NO. 3:24-CV-507-KHJ-MTP

WARREN COUNTY, et al.                                                                       DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 23rd day of October, 2024.

                                                  s/ *Kristi H. Johnson*
                                        UNITED STATES DISTRICT JUDGE